## IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF OKLAHOMA

JOHN DOE,                              )
                                       )
  Plaintiff,                  )
                                       )
  v.                          )    Case No. CIV-26-535-SLP
                                       )
PRIORITY BACKGROUND                    )
SOLUTIONS, INC. and                    )
CERTIFIED SOURCE, INC.,                )
                                       )
  Defendants.                 )

### O R D E R

Before the Court is Defendant Priority Background Solutions, Inc.'s Motion to Stay Briefing on Motion for Leave to Proceed Under Pseudonym or for Protective Order [Doc. No. 13]. Defendant requests the Court stay the briefing on Plaintiff's Motion for Leave to Proceed Under Pseudonym, or in the Alternative, for Entry of a Limited Protective Order [Doc. No. 4] until the Court rules on Defendant's Motion to Dismiss [Doc. No. 7]. Plaintiff does not oppose the request. Upon review the Motion is GRANTED.

IT IS THEREFORE ORDERED that all further briefing on Plaintiff's Motion for Leave to Proceed Under Pseudonym, or in the Alternative, for Entry of a Limited Protective Order [Doc. No. 4] is STAYED until the Court's resolution of Defendant's Motion to Dismiss. In the event the Court denies Defendant's Motion to Dismiss, the Court shall reset the filing deadlines associated with Plaintiff's pending Motion accordingly.

IT IS SO ORDERED this 21st day of April, 2026.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE